

**THELEN**
Thelen Reid Brown Raysman & Steiner LLP

875 Third Avenue   New York, NY 10022
Phone: 212 603 2000   Fax: 212 603 2001
www.thelen.com

Melanie Finkel
212-603-2148
mfinkel@thelen.com

December 13, 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2007 ★
LONG ISLAND OFFICE

**Via ECF And Fax**

Hon. Joseph F. Bianco
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   **Chord Associates LLC, Jopal Enterprises LLC
and Barbara M. Saepia v. Protech 2003-D et al., CV-5138 (JFB)**

Dear Judge Bianco:

We represent Protech 2003-D, LLC, AMTAX Holdings 520, LLC, Protech Holdings 128, LLC, Capmark Affordable Equity Holdings Inc., Capmark Finance Inc., and Capmark Capital Inc. the defendants in the above-referenced action.

Plaintiffs' Order to Show Cause is scheduled to be heard before your Honor tomorrow, December 14, 2007. This is to advise that counsel for the parties have agreed to adjourn the Order to Show Cause to December 27, 2007, with Defendants' opposition papers to be served by December 21, 2007. As such, we respectfully request that the hearing on the Order to Show Cause scheduled for December 14, 2007 be adjourned to December 27, 2007.

Thank you for your consideration.

Respectfully,

Melanie Finkel

Request granted. Hearing adjourned to 12/27/07, at 10:00 a.m.

SO ORDERED

/s/ Joseph F. Bianco
USDJ
Date: Dec. 14, 2007
Central Islip, N.Y.

cc:   Roy Lester, Esq. (via fax)
      Bruce H. Kaplan, Esq. (via fax)

NEW YORK   SAN FRANCISCO   WASHINGTON, DC   LOS ANGELES   SHANGHAI   LONDON   SILICON VALLEY   HARTFORD   NORTHERN NJ