UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

CHORD ASSOCIATES, LLC, et al.,

    Plaintiffs,

        – against –

PROTECH 2003-D, LLC, et al.,

    Defendants.

----------------------------------X

ORDER
07-CV-5138 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 10 2008   ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record at today's proceeding, plaintiffs' motion for a preliminary injunction is denied. Similarly, for the reasons set forth on the record, plaintiffs' motion for summary judgment will be held in abeyance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken, pursuant to Federal Rule of Civil Procedure 56(f).

SO ORDERED

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    April 10, 2008
           Central Islip, New York