Catherine M. McGrath
Melanie Finkel
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2503
Attorneys for Defendants/Counterclaim-Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHORD ASSOCIATES LLC, JOPAL :
ENTERPRISES LLC; and BARBARA M. :
SAEPIA, :
:
        Plaintiffs, :
:
    -against- :    07 CV 5138 (JFB)(AKT)
:
PROTECH 2003-D, LLC; AMTAX :    **CASE MANAGEMENT**
HOLDINGS 520, LLC; PROTECH HOLDINGS :    **AND SCHEDULING ORDER**
128, LLC; CAPMARK AFFORDABLE :
EQUITY HOLDINGS INC.; CAPMARK :
FINANCE INC. (formerly known as GMAC :
COMMERCIAL MORTGAGE :
CORPORATION), its successors and assigns; :
CAPMARK CAPITAL INC. (formerly known as :
GMAC COMMERCIAL HOLDING :
CORPORATION), its successors and assigns, :
:
        Defendants. :
:
    -AND- :
:
AMTAX HOLDINGS 520, LLC, PROTECH :
2003-D, LLC and PROTECH HOLDINGS 128, :
LLC, :
:
        Counterclaim-Plaintiffs, :
:
    -against- :
:
CHORD ASSOCIATES LLC, BARBARA M. :
SAEPIA, JOPAL ENTERPRISES LLC, and :
JOPAL ASSOCIATES INC., :
:
        Counterclaim-Defendants. :
------------------------------------------------------------ X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

| | **DEADLINES AND COURT APPEARANCES** | |
|---|---|---|
| | Deadline for completion of initial disclosures required by Rule 26(a): | March 19, 2008 |
| | First request for production of documents and first request for interrogatories due by: | May 28, 2008 |
| | Deadline for joinder of additional parties and amendment of pleadings: | July 23, 2008 |
| | Status Conference:<br><br>Time: | September 10, 2008 |
| | Expert Reports to be produced by: | November 17, 2008 |
| | All discovery, including production of all expert reports, if any, to be completed by: | December 17, 2008 |
| | Dispositive motion process started by: | December 31, 2008 |
| | Joint pretrial order due by: | January 14, 2008 |
| | Pretrial Conference: | January 21, 2008 |

Dated:  New York, New York
        April 17, 2008

2

THELEN REID BROWN RAYSMAN & & STEINER LLP

By: /s/ Catherine M. McGrath
Catherine M. McGrath
Melanie Finkel
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Attorneys for Defendants/Counterclaim-Plaintiffs
Protech 2003-D, LLC
AMTAX Holdings 520, LLC
Protech Holdings 128, LLC,
Capmark Affordable Equity Holdings Inc.,
Capmark Finance Inc. and
Capmark Capital Inc.

BRUCE H. KAPLAN, ESQ.

By: /s/
Bruce H. Kaplan
Roy J. Lester
5 Carman Court
Dix Hills, New York 11746
(646) 554-4626

Co-Counsel for
Plaintiffs/Counterclaim Defendants

Roy Lester, Esq.
600 Old Country Road
Suite 229
Garden City, New York 11530
Telephone: (516) 357-9191

Co-Counsel for
Plaintiffs/Counterclaim Defendants

SO ORDERED:

_____
U.S.D.J.

NY #1230780 v1