UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

CHORD ASSOCIATES LLC, JOPAL                      :
ENTERPRISES LLC; and BARBARA M. SAEPIA,          :
                                                 :       07 CV 5138 (JFB)(AKT)
                    Plaintiffs,                  :
                                                 :
          -against-                              :
                                                 :
PROTECH 2003-D, LLC; AMTAX HOLDINGS 520,         :
LLC; PROTECH HOLDINGS 128, LLC; CAPMARK          :
AFFORDABLE EQUITY HOLDINGS INC.;                 :
CAPMARK FINANCE INC. (formerly known as          :
GMAC COMMERCIAL MORTGAGE                         :
CORPORATION), its successors and assigns;        :       **STIPULATION**
CAPMARK CAPITAL INC. (formerly known as          :
GMAC COMMERCIAL HOLDING                          :
CORPORATION), its successors and assigns,        :
                                                 :
                    Defendants.                  :
                                                 :
          -AND-                                  :
                                                 :
AMTAX HOLDINGS 520, LLC,  PROTECH 2003-D,        :
LLC and PROTECH HOLDINGS 128, LLC,               :
                                                 :
                    Counterclaim-Plaintiffs,     :
                                                 :
          -against-                              :
                                                 :
CHORD ASSOCIATES LLC, BARBARA M.                 :
SAEPIA, JOPAL ENTERPRISES LLC, and JOPAL         :
ASSOCIATES INC.,                                 :
                                                 :
                    Counterclaim-Defendants.     :

------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties as follows:

1.      Plaintiffs have represented that they have filed all necessary papers to cancel the

Notice of Pendency dated March 24, 2009, in connection with the real property located at 409

Wyandanch Avenue, in the Town of Babylon, Suffolk County (the "Property"), and Plaintiffs

shall not file or attempt to file any further Notice of Pendency in connection with the Property and/or this Action.

2.      Defendants consent to the filing of Plaintiffs' Amended Complaint in the form submitted to the Court on April 22, 2009, except object to Plaintiffs' demand for a jury trial. Defendants expressly reserve their objections to, and their rights to seek to strike, Plaintiffs' jury demand.

3.      Defendants shall answer or move with respect to Plaintiffs' Amended Complaint within 10 days of the Court's entry of this order.

4.      Plaintiffs shall electronically file and serve any opposition to Defendants' motion to amend their Counterclaims and to join Roland Conde as an adverse party on or before May 5, 2009.  Defendants shall electronically file and serve any reply in connection with the motion on or before May 11, 2009.


LAW OFFICES OF ANDREW S. DONNER

By: _____
        Andrew S. Donner
25 Newbridge Road, Suite 420
Hicksville, New York 11801
(516) 605-1108

FOLEY & LARDNER LLP

By: _____
        Catherine McGrath
90 Park Avenue
New York, New York 10016
(212) 338-3541


SO ORDERED:

_____
Honorable Joseph Bianco, U.S.D.J.


Dated: _____, 2009


2

shall not file or attempt to file any further Notice of Pendency in connection with the Property and/or this Action.

2.     Defendants consent to the filing of Plaintiffs' Amended Complaint in the form submitted to the Court on April 22, 2009, except object to Plaintiffs' demand for a jury trial. Defendants expressly reserve their objections to, and their rights to seek to strike, Plaintiffs' jury demand.

3.     Defendants shall answer or move with respect to Plaintiffs' Amended Complaint within 10 days of the Court's entry of this order.

4.     Plaintiffs shall electronically file and serve any opposition to Defendants' motion to amend their Counterclaims and to join Roland Conde as an adverse party on or before May 5, 2009. Defendants shall electronically file and serve any reply in connection with the motion on or before May 11, 2009.

LAW OFFICES OF ANDREW S. DONNER          FOLEY & LARDNER LLP

By: _____             By: _____
     Andrew S. Donner                          Catherine McGrath
25 Newbridge Road, Suite 420              90 Park Avenue
Hicksville, New York 11801                New York, New York 10016
(516) 605-1108                            (212) 338-3541

SO ORDERED:

_____
Honorable Joseph Bianco, U.S.D.J.

Dated: _____, 2009

2