

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3541
cmcgrath@foley.com EMAIL

CLIENT/MATTER NUMBER
094503-0101

May 21, 2009

<u>**VIA ECF AND FEDEX**</u>

Honorable Joseph F. Bianco
United States District Judge
U.S. District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

> Re:   Chord Associates LLC et al. v. Protech 2003-D LLC et al.,
>       Case No. 07-cv-5138 (JFB)

Dear Judge Bianco:

Today Defendants filed their Answer to the First Amended Complaint and Amended Counterclaims in accordance with the Stipulation entered on May 7, 2009. Defendants made the filing in this manner in order to preserve their claims, particularly given that Plaintiffs did not oppose Defendants' motion for leave to amend. Because Plaintiffs did oppose the motion for leave to join Roland Conde as an adverse party, however, Defendants will not serve Mr. Conde unless your Honor grants Defendants' motion.

Respectfully,

Catherine M. McGrath

cc:   Andrew Donner, Esq. (via electronic mail)

BOSTON
BRUSSELS
CHICAGO
DETROIT

JACKSONVILLE
LOS ANGELES
MADISON
MIAMI

MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO

SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SHANGHAI

SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

NYC_513189.1