| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON            DATE:   June 1, 2009
          U.S. MAGISTRATE JUDGE             TIME:   10:00 a.m.

*Chord Associates v. Protech 2003-D*, **CV 07-5138 (JFB) (AKT)**

TYPE OF CONFERENCE: Telephone

APPEARANCES:     Plaintiff      Andrew Donner

                 Defendant      Catherine McGrath

THE FOLLOWING RULINGS WERE MADE:

The parties called today prior to the start time of a non-party deposition. A dispute had arisen between the parties with respect to the location of the deposition. After reviewing the relevant case law with the parties, and advising them that a non-party is entitled to be deposed in the jurisdiction in which the non-party resides, in my discretion, I ordered that the deposition of the two non-party witnesses shall take place in Nassau County. Counsel for Defendant shall designate a location for the depositions to take place.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge