| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | June 8, 2009 |
|---|---|---|---|
| | U.S. MAGISTRATE JUDGE | TIME: | 4:15 |

*Chord Assoc. v. Protech 2003-D, LLC*, **CV 07-5138 (JFB) (AKT)**

TYPE OF CONFERENCE:   **MOTION CONFERENCE BY TELEPHONE**

APPEARANCES:   Plaintiff   Andrew Donner

Defendant   Catherine McGrath

THE FOLLOWING RULINGS WERE MADE:

The parties called today seeking judicial resolution of a dispute that had arisen regarding the location of the Plaintiff's deposition. After hearing from both sides, and for the reasons stated during the conference, the Plaintiff is directed to appear for her deposition at the offices of Defendant since counsel had agreed to that arrangement in regard to the initial day of testimony.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge