UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

CHORD ASSOCIATES, LLC, et al.,

    Plaintiffs,

    – against –

PROTECH 2003-D, LLC, et al.,

    Defendants.

----------------------------------------X

ORDER
07-CV-5138 (JFB) (AKT)

JOSEPH F. BIANCO, District Judge:

By letter dated November 30, 2009, Roland Conde requested an extension of time to submit his opposition to defendants' motion to dismiss.

IT IS HEREBY ORDERED that the briefing schedule on defendants' motion to dismiss Mr. Conde's claims is stayed pending resolution of defendants' motion to stay the action. Once the motion to stay is decided, this Court will, if necessary, set a revised briefing schedule for the motion to dismiss.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    December 3, 2009
             Central Islip, New York