April 5, 2010

The Honorable A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

RECEIVED
IN CHAMBERS OF
A. KATHLEEN TOMLINSON

APR 0 6 2010

TIME A.M. ..........
P.M. ..........

Re:   Order 07-5138 (JFB)(AKT)
      Chord Assoc. et al v. Protech et al

Dear Judge Tomlinson:

I write on behalf of myself and my brother, Richard Saepia, in reference to your recent Order compelling us to appear for depositions. We are quite concerned that your Honor is unaware of the actual circumstances regarding this matter.

Last year when we were informed that we were required to appear for depositions, I communicated with defendants' attorneys Rachel Kramer and Catherine McGrath that we were willing to appear for the depositions on the day they requested, June 1, 2009. Although they insisted that we be deposed in their Manhattan office, we understood that, as non parties, we were not required to go to their office but could instead be deposed at an office closer to our residences. If you may remember, Your Honor actually ruled that we need not go to Manhattan. At no time did we ever refuse to appear on the day defendant's counsel requested.

We were still willing to appear on June 1, 2009 but Ms. McGrath was not able to arrange for a court reporter until the next day. On June 2, both Richard and I appeared for depositions on Long Island which were conducted by Ms. Kramer.

As we are not familiar with litigation proceedings, we apologize if we were required to notify Your Honor that we had been deposed so you would not have had to take time from your busy schedule to issue the recent Order. We were under the impression that Ms. McGrath or Ms. Kramer would have notified you that we fully complied with the deposition requirement.

Yours truly,

*[signature]*

Maureen Saepia


Cc:   Andrew S. Donner, Esq.
      Bruce H. Kaplan, Esq.
      Roland Conde
      Catherine McGrath, Esq.

# FedEx USA Airbill

Sender's FedEx Account Number: 823749966170

## 1 From
Date: 4-5-2010
Sender's Name: M. SAEPIA
Phone: 3/16-2300-5
Company:
Address: C/O 865 COUNTY LINE RD
City: AMITY VILLE    State: NJ    ZIP: 11701
Dept/Floor/Suite/Room: 1170 1

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name: HON. A. KATHLEEN TOMLINSON
Company: US DISTRICT COURT
Address: 100 FEDERAL PLAZA - Rm 920
Dept/Floor/Suite/Room: Rm 920
City: CENTRAL ISLIP    State: NY    ZIP: 11722

Barcode: 8237 4996 6170

## 4a Express Package Service
- 1 ☐ FedEx Priority Overnight
- 5 ☒ FedEx Standard Overnight
- 6 ☐ FedEx First Overnight
- 3 ☐ FedEx 2Day
- 20 ☐ FedEx Express Saver

## 4b Express Freight Service
- 7 ☐ FedEx 1Day Freight
- 8 ☐ FedEx 2Day Freight
- 83 ☐ FedEx 3Day Freight

## 5 Packaging
- 6 ☒ FedEx Envelope/Letter
- 2 ☐ FedEx Pak
- 1 ☐ Other Pkg.

## 6 Special Handling
- 3 ☐ SATURDAY Delivery
- 33 ☐ SUNDAY Delivery
- 31 ☐ HOLD Weekday at FedEx Location
- 1 ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- No 4 ☒
- Yes As per attached Shipper's Declaration
- Yes Shipper's Declaration not required
- 6 ☐ Dry Ice

## 7 Payment Bill to:
- 1 ☒ Sender
- 2 ☐ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Check

Total Packages
Total Weight
Total Charges

## 8 Release Signature

Form I.D. No. 0200

360