UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CHORD ASSOCIATES, LLC, et al.,

    Plaintiffs,

    – against –

PROTECH 2003-D, LLC, et al.,

    Defendants.
----------------------------------------X

ORDER
07-CV-5138 (JFB) (AKT)

JOSEPH F. BIANCO, District Judge:

The Court has received Roland Conde's motion to amend his complaint and his motion to join Conifer Realty, LLC; Conifer Management, LLC; and Belmont Villas, LLC as counterclaim-defendants. (Docket Entry 197.) The Court has also received the letters from Confier Realty, LLC and from defendants. (Docket Entries 199 and 200.)

IT IS HEREBY ORDERED that Mr. Conde shall provide a copy of his proposed amended complaint to opposing counsel (and the Court) by June 8, 2010.

IT IS FURTHER ORDERED that defendants and the proposed additional counterclaim defendants shall submit briefs in opposition to the motion to amend and the motion for joinder by June 30, 2010.

IT IS FURTHER ORDERED that Mr. Conde shall submit his reply brief in support of the motions by July 14, 2010.

SO ORDERED

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   May 27, 2010
           Central Islip, New York