| RESPONSE TO DOCUMENT REQUESTS | DOCUMENTS ALREADY IN DEFENDANTS POSSESSION PRIOR TO DEFENDANTS' MOTION TO COMPEL, DE90 |
|---|---|
| **Request #1** | |
| Option Contract - Lakeside to Saepia | CAP0015642-3 |
| Deed: Lakeside to Jopal Jan. 3, 2001 | ACK00326-00327 |
| Deed: Jopal to Belmont Villas LLC Dec 30, 2003 | CAP0043810; CAP0045949-45954 |
| Deed: Belmont Villas LLC to IDA Dec. 30, 2003 | CAP0152824 |
| Deed: Belmont Villas LLC to IDA as of Oct. 2004 | CAP0043799; CAP0045934-45939 |
| Title Insurance Policy and report showing chain of title of entire property as of October 2004 | CRD00823-851 |
| Chain of Title dating from 1970 covering entire property as of 2005 | CRD08730-73 |
| Itemized list of all acquisition and preconstruction costs. All invoices and checks pertinent to the land acquisition and Third Note equity which were agreed to by defendants - produced to defendants by plaintiffs prior to Oct. 2004 and produced again in discovery. | CRD54971-54984; CAP0034467-0034661, ACK03591-03592; ACK3585-3588 |
| Euro American, (referred by defendants), Promissory Note and satisfaction; Loan docs; | CRD40133, CRD40134; CRD40318, CRD40124, CRD40328-40331, CRD45923, CAP45957-45958 |
| Sfoghi Mortgage and satisfaction | CAP0034643-5; CAP0045962-45967 |
| Andreadis mortgages and satisfaction | AND00001-AND00085; CAP0034643-5; CAP0045959-45961; CAP0045968-45984 |
| Independence Bank: mortgage and satisfaction; list of mortgage payments given to defendants by plaintiffs prior to Oct. 2004 | CAP0034614-CAP0034624; ACK03452-3474; CAP0045985-45990 |
| Nelson and Pope | attachment |
| **Request # 48 & 49 -** | |
| Chord Associates LLC Operating Agreement - also sent Fedex to Atty. McGrath on May 18, 2009. There has been no change in ownership, employees or management since inception. | CRD48861-48878; CGMI 03537-03554; ACK00899-00916; CAP0006046-6069 |
| Jopal Enterprises LLC Operating Agreement - also sent Fedex to Atty. McGrath on May 18, 2009. There has been no change in ownership, employees or management since inception. | CRD48843-48860; CGMI 06890-06907; ACK00917-009333 |
| Jopal Associates Inc. Corporate Docs and Stock Certificate showing Plaintiff Saepia as 100% owner of all stocks since 1998. There has been no change in ownership, employees or management since inception. | sent Fedex to Atty. McGrath on May 18, 2009 |

**Request #52**

| | |
|---|---|
| Contemplated sale of Belmont or membership interest | with Judge Tomlinson awaiting decision re: privilege |

**Request #53-54**

| | |
|---|---|
| Krystie Manor LP Partnership Agreement | ACK03621-03987 |
| Krystie Manor Bankruptcy | ACK02080-02089; ACK02581-02785 |
| Krystie Manor Homeowners Association | ACK03593-03620 |

**Request 55**

| | |
|---|---|
| Roland Conde Bankruptcy Petition | CRD41965-CRD42005; ACK02786-02796.  Entire Conde Bankruptcy in possession has been in possession of defendants prior to McGrath motion |
| Plaintiffs discovery submission | CRD38899-38910; CRD38911-38914; CRD38847-38884; CRD38885-38886; CRD42006-42009; CRD52596-52598; CRD52468-52475; CRD52402-52425; CRD52438-52461; CRD38887-38898; CRD52347-52361; CRD52316-52329; CRD52585-52593; CRD52763-52765; CRD52289-52300; CRD52733-52738; CRD38492; CRD53433-53436; CRD52562-52563; CRD52594-52595; CRD52739-52742; CRD52761-72762; CRD52790-52793; CRD52564-52572; CRD52763-52765; CRD52234-52235; CRD53423; CRD53424-53425; CRD52628-52635; CRD52766-52770; CRD52407-52425; CRD52238-52239; CRD52247-52248; CRD52492-52496; CRD52497-52499; CRD52486-52488; CRD52501; CRD52751-52752, CRD52564; CRD38482; CRD52729 |
| Lakeside Bankruptcy | ACK02786-2829 |
| Sfoghi Bankruptcy | ACK02244-02362 |